UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GREAT WEST CASUALTY COMPANY

    Plaintiff,

v.

ACE AMERICAN INSURANCE
COMPANY and PACKAGING
CORPORATION OF AMERICA

    Defendants.

ACE AMERICAN INSURANCE
COMPANY

    Third-Party Plaintiff,

v.

SALEM CARRIERS, INC., and GEMINI
INSURANCE COMPANY

    Third-Party Defendants,

Case No. 1:21-cv-00338

**CONSENT MOTION TO ADDRESS PRIOR ORDERS**

The Parties, through counsel, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, respectfully request that the Court address two prior Orders entered in response to several motions filed by the parties. Specifically, the parties request that the Court withdraw the following Orders: (1) docket entry 84, which denied Great West's Motion for Judgment on the Pleadings and Motion to Dismiss PCA's Counterclaim [D.E. 61] and Great West's Motion for Judgment on the Pleadings and Motion to Dismiss ACE's

Counterclaim [D.E. 74]; and (2) docket entry 90, which denied Salem's Motion to Dismiss the Third-Party Amended Complaint or, in the Alternative, Motion for Judgment on the Pleadings [D.E. 68] and Gemini's Motion to Dismiss ACE's First Amended Third-Party Complaint or, in the Alternative, Motion for Judgment on the Pleadings [D.E. 71]. In support of this Motion, the Parties submit the accompanying Memorandum of Law.

[CONSENT SIGNATURE PAGE FOLLOWS]

This the 29th day of May, 2024.

/s/ *Daniel T. Strong*
William A. Bulfer – N.C. Bar No. 31424
Daniel T. Strong – N.C. Bar No. 49546
**TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP**
Post Office Box 19207
Raleigh, North Carolina 27619
Telephone: (919) 873-0166
Fax: (919) 873-1814
wbulfer@teaguecampbell.com
dstrong@teaguecampbell.com
*Attorneys for Great West Casualty Company*

/s/ *Thomas J. Doughton*
Thomas J. Doughton – N.C. Bar No. 16611
**CRAIGE JENKINS LIIPFERT & WALKER, PLLC**
110 Oakwood Drive, Suite 300
Winston-Salem, North Carolina 27103
Telephone: (336) 725-2900
tdoughton@craigejenkins.com
*Attorney for Salem Carriers, Inc.*

/s/ *L. Cooper Harrell*
Alan W. Duncan – N.C. State Bar No. 8736
L. Cooper Harrell – N.C. State Bar No. 27875
**MULLINS DUNCAN HARRELL & RUSSELL PLLC**
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@mullinsduncan.com
charrell@mullinsduncan.com
*Attorney for Packaging Corporation of America*

/s/ *Wesley B. Sawyer*
Wesley B. Sawyer – S.C. Bar No. 100299
**MURPHY & GRANTLAND, P.A.**
P.O. Box 6648
Columbia, South Carolina 29260
Telephone: (803) 782-4100
wsawyer@murphygrantland.com
*Attorney for Third-Party Defendant Gemini Insurance Company*

/s/ *Thomas A. Marrinson*
Thomas A. Marrinson – Ill. Bar No. 6211807
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Telephone: (312) 207-1000
tmarrinson@reedsmith.com
*Attorney for Packaging Corporation of America*

/s/ *Jennifer A. Welch*
Jennifer A. Welch – N.C. Bar No. 31360
**CRANFILL SUMNER LLP**
5420 Wade Park Boulevard, #300
Raleigh, NC 27607
Telephone: (919) 863-8739
Jwelch@cshlaw.com
*Attorney for ACE American Insurance Company*

/s/ *Phillip K. Beth*
Phillip K. Beth – Ill. Bar No. 6255633
**HINKHOUSE WILLIAMS WALSH LLP**
180 North Stetson, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5429
*Attorney for ACE American Insurance Company*

3

Case 1:21-cv-00338-WO-JLW    Document 104    Filed 05/29/24    Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

This the 29th day of May, 2024.

**TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.**

BY: /s/ *Daniel T. Strong*
William A. Bulfer, N.C. State Bar No. 31424
Daniel T. Strong, N.C. State Bar No. 49546

4