UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY and PACKAGING CORPORATION OF AMERICA<br><br>Defendants.<br><br>―――――――――――――――<br><br>ACE AMERICAN INSURANCE COMPANY<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SALEM CARRIERS, INC., and GEMINI INSURANCE COMPANY<br><br>Third-Party Defendants, | Case No. 1:21-cv-00338 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Great West Casualty Company, Defendant Packaging Corporation of America, Defendant and Third Party-Plaintiff ACE American Insurance Company, and Third-Party Defendants Salem Carriers, Inc., and Gemini Insurance Company, by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that this matter, including all claims, counterclaims, and third-party claims, is DISMISSED WITH PREJUDICE and that each party shall bear its own costs and attorney's fees.

1

This the 6th day of January, 2025.

/s/ *Daniel T. Strong*
William A. Bulfer – N.C. Bar No. 31424
Daniel T. Strong – N.C. Bar No. 49546
**TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP**
Post Office Box 19207
Raleigh, North Carolina 27619
Telephone: (919) 873-0166
Fax: (919) 873-1814
wbulfer@teaguecampbell.com
dstrong@teaguecampbell.com
*Attorneys for Great West Casualty Company*

/s/ *Thomas J. Doughton*
Thomas J. Doughton – N.C. Bar No. 16611
**CRAIGE JENKINS LIIPFERT & WALKER, PLLC**
110 Oakwood Drive, Suite 300
Winston-Salem, North Carolina 27103
Telephone: (336) 725-2900
tdoughton@craigejenkins.com
*Attorney for Salem Carriers, Inc.*

/s/ *L. Cooper Harrell*
Alan W. Duncan – N.C. State Bar No. 8736
L. Cooper Harrell – N.C. State Bar No. 27875
**MULLINS DUNCAN HARRELL & RUSSELL PLLC**
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@mullinsduncan.com
charrell@mullinsduncan.com
*Attorney for Packaging Corporation of America*

/s/ *Wesley B. Sawyer*
Wesley B. Sawyer – S.C. Bar No. 100299
**MURPHY & GRANTLAND, P.A.**
P.O. Box 6648
Columbia, South Carolina 29260
Telephone: (803) 782-4100
wsawyer@murphygrantland.com
*Attorney for Third-Party Defendant Gemini Insurance Company*

/s/ *Thomas A. Marrinson*
Thomas A. Marrinson – Ill. Bar No. 6211807
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Telephone: (312) 207-1000
tmarrinson@reedsmith.com
*Attorney for Packaging Corporation of America*

/s/ *Jennifer A. Welch*
Jennifer A. Welch – N.C. Bar No. 31360
**CRANFILL SUMNER LLP**
5420 Wade Park Boulevard, #300
Raleigh, NC 27607
Telephone: (919) 863-8739
Jwelch@cshlaw.com
*Attorney for ACE American Insurance Company*

/s/ *Phillip K. Beth*
Phillip K. Beth – Ill. Bar No. 6255633
**HINKHOUSE WILLIAMS WALSH LLP**
180 North Stetson, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5429
*Attorney for ACE American Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

This the 6th day of January, 2025.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: /s/ Daniel T. Strong
William A. Bulfer – N.C. State Bar No. 31424
Daniel T. Strong – N.C. State Bar No. 49546